# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NOVARTIS PHARMACEUTICALS CORPORATION,

      *Plaintiff,*

v.

AUROBINDO PHARMA LTD., and AUROBINDO PHARMA USA, INC.,

      *Defendants.*

Civil Action No. _____

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:     No Earlier than September 8, 2020

Thirty Month Stay Deadline:     No earlier than January 11, 2024 [1]

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 7,314,938 | March 10, 2025 |
| 7,745,460 | November 5, 2024 |
| 7,790,743 | November 5, 2024 |
| 7,928,122 | November 5, 2024 |
| 9,216,174 | November 5, 2024 |
| 10,124,000 | November 5, 2024 |
| 8,084,047 | May 17, 2026 |
| 8,592,450 | May 17, 2026 |

---

[1] The stay preventing approval of the proposed generic products expires no earlier than January 11, 2024 (seven and one-half years from the new chemical entity approval on July 11, 2016). See 21 U.S.C. § 355(j)(5)(F)(ii).

ME1 32928234v.1

| | |
|---|---|
| 8,168,655 | May 9, 2029 |
| 8,367,701 | April 15, 2029 |
| 9,447,077 | April 15, 2029 |
| 8,927,574 | November 12, 2030 |
| 9,353,088 | October 21, 2030 |
| 9,890,141 | October 21, 2030 |
| 9,085,553 | July 25, 2033 |

DATED: October 23, 2020

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Dov Grossman
Christopher Mandernach
Tian Huang
Kevin Hoagland-Hansen
Michael Liu
Sarahi Uribe
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
dgrossman@wc.com
cmandernach@wc.com
thuang@wc.com
khoagland-hanson@wc.com
mliu@wc.com
suribe@wc.com

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*